FILED
2020 Nov-10 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **WREN GREEN,** | ] | |
| **Plaintiff,** | ] | |
| v. | ] | 1:20-cv-01281-ACA |
| **OXFORD, CITY OF, et al.,** | ] | |
| **Defendants.** | ] | |

## MEMORANDUM OPINION

After Defendants City of Oxford and Mike Roberts moved to dismiss Plaintiff Wren Green's complaint (doc. 6), the court ordered Ms. Green to respond to the motion on or before October 7, 2020 (doc. 7). When the court did not receive a response to the motion to dismiss, it ordered Ms. Green to show cause why the court should not dismiss the case for Ms. Green's failure to prosecute, under Federal Rule of Civil Procedure 41(b). (Doc. 9). The court expressly warned Ms. Green that her failure to respond to the show cause order would result in the dismissal of her case for failure to comply with the court's order. (*Id.*) Ms. Green did not respond to the show cause order. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Ms. Green's failure to prosecute and failure to comply with the court's order.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this November 10, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE